**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003271
08-OCT-2013
08:27 AM**

NO. CAAP-13-0003271

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CONTINENTAL PACIFIC, LLC, by their Managing Agent,
ELITE PACIFIC PROPERTIES, LLC, Plaintiff-Appellee,
v.
DON ALBERT GRAYCOCHEA and SUZETTE GRAYCOCHEA,
Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC12-1-7986)

ORDER APPROVING THE SEPTEMBER 23, 2013
STIPULATION TO WITHDRAW THE NOTICE OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of "Appellant's Stipulation to Withdraw the Notice of Appeal," filed September 23, 2013, by Defendants-Appellants Don Albert Graycochea and Suzette Graycochea, the papers in support, and the record, it appears that (1) the stipulation is signed by counsel for all parties; (2) the appeal has not been docketed; and (3) the parties seek to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a). Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i,  October 8, 2013.


Chief Judge


Associate Judge


Associate Judge